# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-03244-JLS-MAAx                   Date January 7, 2025

Title: Vincenzo Greco v. BMW of North America, LLC., et al.

Present: The Honorable JOSEPHINE L. STATON, Chief United States District Judge

| Kelly Davis | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                 Not Present

Proceedings:    ☒ In Court        ☐ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 10/31/2024 [26].

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    kd